James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

- and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIRLEY LINEBERRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PROCTER & GAMBLE PHARMACEUTICALS, INC. AND AVENTIS PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:07-CV-8831-PKC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AVENTIS PHARMACEUTICALS, INC.** |

Defendant sanofi-aventis U.S. L.L.C., successor in interest to Aventis Pharmaceuticals, Inc. ("sanofi-aventis"), files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that sanofi-aventis is an entity with its principal place of business in New Jersey. Sanofi-aventis is a wholly-owned subsidiary of sanofi-aventis SA and no publicly held company, other than sanofi-aventis SA, owns 10% of more of sanofi-aventis' stock.

70138334.1                                                   -1-

-2-

| | |
|---|---|
| Dated: November 27, 2007 | FULBRIGHT & JAWORSKI L.L.P.<br><br>By: _____<br>James H. Neale (JN6972)<br>666 Fifth Avenue<br>New York, NY  10103-3198<br>(212) 318-3000<br>*Attorney for Defendant sanofi-aventis U.S. L.L.C.*<br><br>- AND -<br><br>Terry O. Tottenham<br>Lana K. Varney<br>FULBRIGHT & JAWORSKI L.L.P.<br>600 CONGRESS AVENUE, SUITE 2400<br>AUSTIN, TEXAS  78701<br>(512) 536-5201<br><br>*Of Counsel* |